UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| WILDER ALEXANDER CORNEJO RIVERA,<br><br>Petitioner,<br><br>v.<br><br>SAM OLSON, KRISTI NOEM, PAMELA BONDI, U.S. DEPARTMENT OF HOMELAND SECURITY, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, and BRIAN ENGLISH,<br><br>Respondents. | CAUSE NO. 3:25-CV-1090-CCB-SJF |

## ORDER

The court previously granted the petition for a writ of habeas corpus under 28 U.S.C. § 2241 and ordered Respondents to provide Wilder Alexander Cornejo Rivera with an individualized bond hearing pursuant to 8 U.S.C. § 1226(a). (ECF 10.) Respondents have notified the court that Mr. Cornejo Rivera had a bond hearing on January 21, 2026. (ECF 16.) Therefore, the court **DIRECTS** the clerk to enter judgment consistent with the court's order and to close this case.

SO ORDERED on February 6, 2026.

/s/*Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT